IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Gary Gene Angel,

    Petitioner,        No. CIV S 02-0247 FCD PAN P

  vs.

E. Roe,

    Respondent.       <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding with counsel, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 31, 2005, the magistrate judge filed findings and recommendations herein  which contained notice to all parties that any objections to the findings and recommendations were to be filed within eleven days.  The findings and recommendations were served on respondent and on petitioner via counsel; they also were served on petitioner directly.  Those served on petitioner directly  were returned as undeliverable.  No objections to the findings and recommendations have been filed.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire

file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 31, 2005, are adopted in full; and

2. The petition for habeas corpus is denied.

DATED: September 26, 2005

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge