IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Gary Gene Angel,

    Petitioner,                   No. CIV S 02-0247 FCD PAN P

    vs.

E. Roe,

    Respondent.               ORDER RE CERTIFICATE OF APPEALABILITY

_____/

    Petitioner, Gary Gene Angel, a state prisoner with counsel, has timely filed a notice of appeal of this court's January 5, 2006 denial of his application for a writ of habeas corpus.  Before petitioner can appeal this decision, a certificate of appealability must issue.  28 U.S.C. § 2253(c); Fed. R. App. P. 22(b).

    A certificate of appealability may issue under 28 U.S.C. § 2253 "only if the applicant has made a substantial showing of the denial of a constitutional right."  28 U.S.C. § 2253(c)(2).  The court must either issue a certificate of appealability indicating which issues satisfy the required showing or must state the reasons why such a certificate should not issue.  Fed. R. App. P. 22(b).

    A certificate of appealability should be granted for any issue that petitioner can demonstrate is "'debatable among jurists of reason,'" could be resolved differently by a different court, or is "'adequate to deserve encouragement to proceed further.'"  Jennings v. Woodford, 290

F.3d 1006, 1010 (9th Cir. 2002) (quoting <u>Barefoot v. Estelle</u>, 463 U.S. 880, 893 (1983)).[1]  Any doubt about granting a certificate of appealability must be resolved in the petitioner's favor.  <u>Id.</u>

Petitioner has made a substantial showing of the denial of a constitutional right with respect to the issue of ineffective assistance of counsel in plea negotiations.  Accordingly, IT IS HEREBY ORDERED that a certificate of appealability is issued in the present action.

DATED: March 2, 2006

/s/ Frank C. Damrell Jr.
FRANK C. DAMRELL JR.
United States District Judge

---

[1] Except for the requirement that appealable issues be specifically identified, the standard for issuance of a certificate of appealability is the same as the standard that applied to issuance of a certificate of probable cause.  <u>Id.</u>